**Order entered April 18 , 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00411-CV

### IN RE: TRIANGLE SQUARE, LTD., Relator

**Original Proceeding from the 416th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 416-04063-2012**

## ORDER

Based on the Court's opinion of this date, we **GRANT** the motion to dismiss and **DISMISS** this petition for writ of mandamus. We **ORDER** that relator bear the costs of this original proceeding.

/s/     DAVID EVANS
         JUSTICE